ACCEPTED
03-14-00661-CV
7417992
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 3:55:24 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00661-CV**

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 3:55:24 PM
JEFFREY D. KYLE
Clerk

**DEVVY KIDD ET AL.,**

Appellants,

**v.**

**PUBLIC UTILITY COMMISSION OF TEXAS, ET AL.**

Appellees.

*Appeal from the 419th Judicial District Court, Travis County, Texas*
*The Honorable Darlene Byrne, Judge Presiding*

_____

## APPEARANCE AND DESIGNATION OF NEW LEAD COUNSEL

NOW COME AEP Texas Central Company and AEP Texas North Company, Appellees in the above-entitled and numbered appeal, and file this Appearance and Designation of New Lead Counsel pursuant to Texas Rule of Appellate Procedure 6.1, and in support thereof show the Court the following:

1. Patrick J. Pearsall is no longer with the firm of Duggins Wren Mann & Romero, LLP.

2. Marnie A. McCormick hereby appears as new lead counsel on behalf of AEP Texas Central Company and AEP Texas North Company in the above-entitled and numbered appeal.

3.    William Coe appears as additional counsel on behalf of AEP Texas Central Company and AEP Texas North Company in the above-entitled and numbered appeal.

4.    In compliance with Texas Rule of Appellate Procedure 6.1(c), Appellees offer the following information:

Marnie A. McCormick
State Bar No. 00794264
William Coe
State Bar No. 00790477
Duggins Wren Mann & Romero, LLP
P. O. Box 1149
Austin, Texas 78767-1149
Tel:    512-744-9300
Fax:   512-744-9399


Respectfully submitted,


 */s/ Rhonda Colbert Ryan*
Rhonda Colbert Ryan
State Bar No. 17478800
rcryan@aep.com
**AMERICAN ELECTRIC POWER SERVICE CORP.**
400 W. 15th St., Ste. 1500
Austin, Texas  78701
(512) 481-3321
(512) 481-4587 *fax*

 /s/ Marnie A. McCormick
Marnie A. McCormick
State Bar No. 00794264
mmccormick@dwmrlw.com
William Coe
State Bar No. 00790477
wcoe@dwmrlaw.com
**DUGGINS WREN MANN & ROMERO, LLP**
P.O. Box 1149
Austin, Texas 78767
(512) 744-9300
(512) 744-9399 *fax*

**ATTORNEYS FOR APPELLEES**
**AEP TEXAS CENTRAL COMPANY**
**AND AEP TEXAS NORTH COMPANY**

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 9.5, I certify that on the 16th day of October, 2015, the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court, and that a true and correct copy was served on the following lead counsel for all parties listed below via electronic service:

Roger B. Borgelt
BORGELT LAW
614 S. Capital of Texas Highway
Austin, Texas 78746
*Counsel for Appellants Devvy Kidd, et al.*

Kellie E. Billings-Ray
OFFICE OF THE ATTORNEY GENERAL
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
*Counsel for Appellee Public Utility Commission of Texas*

Dale Wainwright
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Ste. 2300
Austin, Texas 78701
*Counsel for Appellee CenterPoint Energy Houston Electric, LLC*

Jo Ann Biggs
VINSON & ELKINS LLP
2001 Ross Ave., Ste. 3700
Dallas, Texas 75201-2975
*Counsel for Appellee Oncor Electric Delivery Company LLC*

Stephanie C. Sparks
JACKSON WALKER L.L.P.
2323 Ross Ave., Ste. 600
Dallas, Texas 75201
*Counsel for Appellee Texas-New Mexico Power Company*

*/s/ Marnie A. McCormick*
Marnie A. McCormick

4